DR. AL WALI D. MUHAMMAD v. ROBERT KEOWN.

October 26, 1987.

Leave to appeal granted, and the October 10, 1986, Order of the Appellate Division is summarily reversed, and the matter is remanded for consideration of the appeal on the merits.

Jurisdiction is not retained.

HOFFMAN–LA ROCHE, INC. v. BIOCRAFT LABORATORIES, INC.

October 27, 1987.

Petition for certification denied.